COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Donald Runnels
Richland Detention Center DOC No. 187611
456 Hwy 15
Rayville LA 71269

**REHEARING ACTION: July 1, 2015**

**Docket Number: 15   00194-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DONALD RUNNELS**

**Writ Application from Allen Parish Case No. 2010-5578**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. Billy Howard Ezell**
**Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the ruling for the

application for rehearing filed by **Donald Runnels** is:

**REHEARING DENIED.**  Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Herbert Todd Nesom, Counsel for  the Respondent